# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

JON R. CRAWLEY,

    Petitioner,

  v.

M. KRAMER, Warden,

    Respondent.

Case No. 2:07-cv-01288-RSL-JLW

ORDER GRANTING MOTION
FOR EXTENSION OF TIME

This matter comes before the Court on petitioner's motion for an extension of time to file his objections to the Report and Recommendation of the Honorable John L. Weinberg, United States Magistrate Judge. Petitioner contends that the law library has been closed on occasion, depriving him of access to needed materials. For that reason, petitioner's motion for an extension (Dkt. #24) is GRANTED. Petitioner must file any

ORDER GRANTING MOTION
FOR EXTENSION OF TIME - 1

objections to the Report and Recommendation no later than May 7, 2010.

DATED this 19th day of April, 2010.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
FOR EXTENSION OF TIME - 2