UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON R. CRAWLEY,<br><br>    Petitioner,<br><br>  v.<br><br>M. KRAMER,<br><br>    Respondent. | NO. 2:07-cv-1288RSL<br><br>ORDER OF REFERENCE |

Petitioner, a state prisoner, has filed a habeas petition pursuant to 28 U.S.C. § 2254. The Ninth Circuit recently issued a decision in <u>Hayward v. Marshall</u>, No. 06-55392 (April 22, 2010), which calls into question the existence of a federally-protected liberty interest. The Court hereby re-refers this matter to the Honorable John L. Weinberg, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), Local Rule MJR 4, and Fed. R. Civ. P. 72(b) for any further proceedings he deems necessary. Any appeal from the determinations of the Magistrate Judge shall be in accordance with 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(2).

  DATED this 30th of April, 2010.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
Chief United States District Judge

ORDER OF REFERENCE